# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**St Louis District Office**
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/05/2023

**To:** Franklin Bryant
2101 N 12th St
Kansas City, KS 66104

**Re:** Franklin Bryant v. JK Concrete Construction
EEOC Charge Number: 28E-2022-00649

EEOC Representative and email:    Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination:  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By:  David Davis  10/5/2023
David Davis
District Director

cc:    Scott C Long
Attorney
Long & Robinson, LLC
1800 Baltimore Avenue, Suite 500
Kansas City, MO 64108

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

St Louis District Office
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/05/2023

**To:**  Franklin Bryant
2101 N 12th St
Kansas City, KS 66104

**Re:**  Franklin Bryant v. Operative Plasterers' & Cement Masons' Local Union 518
EEOC Charge Number:  28E-2022-00650

EEOC Representative and email:  Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis 10/5/2023

David Davis
District Director

cc:  Mark A Kistler
Attorney
Arnold, Newbold, Sollars & Hollins, PC
1100 Main Street, Suite 2001
Kansas City, MO 64105

My Personal Statement:  Franklin Bryant


From the onset of my career in the construction industry I've witnessed covert and overt racism, bigotry, and injustice towards African Americans.  It is prevalent and deeply ingrained in the industry as a whole; I've personally witnessed it on many of the job site and companies that the Union has place me in. Learning to cope and circumvent this negative aspect within the construction industry has been a daunting task and mentally exhausting.

During the month of October 2021, after a stint of inclement weather, the job site was put on hold until it would be dry enough to pour concrete again.  After receiving a couple texts regarding inconclusive start up dates from my foreman, I replied that I could not work on a particular date due to an upcoming medical appointment.  I had recently been in a severe vehicle accident and had x-rays schedule for that date. The next day the foreman began sending me a thread of belligerent text messages, filled with hate and furious speech.  As he persisted, he began making accusation regarding my work time entries on my time card and sent picture of my personal tools and clothing he had confiscated and refused to return. It became so frightening that I contacted my Union Steward and forward him the text message and pictures, also forwarding the same to the owner of the company.  As a result, I was offered a position with another company out of state, as resolution of the matter.  It infuriates me to know, through experience, that had I'd been a White person, that the situation would have been addressed and dealt with appropriately and promptly.  The issue was never addressed in its entirety in my case; noticeable ignored in it harassment and discriminatory context.  My rights to privacy and confidentially were violated from the onset, many of my coworkers and the foreman in question knew of every detail of my complaint and the relocation offer made to me, prior to my knowledge of it.  I decided to decline the offer in fear of the possibility of forwarding retaliatory effort; the likelihood of a staged accidental death was my most pressing concern, since many of the construction company's work together in varying degrees.

I'm constantly haunted and affected by these recent experiences of harassment and retaliation from my recent work place, because they were overtly instituted and presented a fearful and degrading threat. As a result, my sleep is now sporadic and limited and I've begun to having nightmares of being haunted and killed by my foreman's and mocked by coworkers, while management looks on with no intention of saving me.  It has affected every aspect of my life.  I can no long feel a sense of security among leadership and coworkers.  This detachment leaves me with a high degree of stress and anger.  I continuously replay the incident in my head and have frequent panic attracts.  I've lose the sense of joy I use to get from my job and the accomplishment of finishing a project, now often times feeling depressed and irritated.  The livelihood I use to express with me family and my only daughter has diminished, because of my depressed state of mind; I'm unable to stay focus on the positives of life.  I find it increasing difficult to motivate myself on the simplest chores within my home and find myself drinking alone as a means of coping with the realities of never ending discrimination and harassment of Black society.


< **Verl With Kidwell**
+1 816-558-8259

Fwd:Fuck you cock sucking motherfucker!!!!! Tried to help you and your too much of a pussy to even answer the phone!

12:38 PM

This is Message from Brandon yesterday

12:45 PM

<Subject: Fwd:>





   



I'm headed in to give Gordon a picture of all the text messages I'll call you later

6:09 AM

👍 6:09 AM

Call me when you're free hope things turn out all right for you

7:14 AM

👍 7:42 AM

How was the work day today bro

9:16 PM

👍 never herd anything.

9:5⁻

9:57 PM

Business as usual no one truly cares good ol boys take together same thing at Freeman

I don't have a leg to stand on these guys will get nothing more than a slap on the wrist

9:58 PM

 Your probably right  9:59 PM

Tuesday, November 9, 2021



2:53 

< **Verl With Kidwell**
+1 816-558-8259

👍 never herd anything.

9:57 PM

Business as usual no one truly cares good ol boys take together same thing at Freeman

I don't have a leg to stand on these guys will get nothing more than a slap on the wrist

9:58 PM

 Your probably right

9:59 PM

Tuesday, November 9, 2021



 
‹ **Verl With Kidwell**
+1 816-558-8259   📞 📹 ⋮

I found my jacket

12:44 PM

Wednesday, November 10, 2021

V He done that shit
because I hired you
4:21 PM

It's all good
4:23 PM

V I'm sorry Frank I
didn't know the
dude was a f******
hater cry baby ass
dude
4:23 PM

The owner never
wanted to call me
and ask me what
happened he just
took Brad's side
4:24 PM

V He showed his ass



happened he just took Brad's side

4:24 PM

 He chewed his ass yesterday

4:24 PM

What does that do for me nothing

Did you show him the text messages probably not if I had his number I will show him the text messages

4:25 PM

 He no I think    4:26 PM

4:26 PM    How would he know

 I think he got a call    4:27 PM

  +      ılılı

**Verl With Kidwell**
+1 816-558-8259

I think I'm going to send him a picture of my jacket that he threw out

4:27 PM

Ian2
+1 913-313-7736

**Go there** MMS
4:28 PM

Superiors a good place to work man

4:29 PM

I'm okay

4:29 PM



4:30 PM

A slap on the wrist for harassment and discrimination doesn't mean s***

Thursday, November 4, 2021

> I'll try to meet you and get that hammer sometime

7:05 PM

I will put it on my truck

7:3

> Nothing personal against you

7:41 PM

I no. We are Kool. I'm sorry it didn't work out.

7:42 PM

Saturday, November 6, 2021

> I'm not your foreman. You fucking quit on us without even telling me. Remember???


*PLEASE PUT JOB # OR JOB NAME ON YOUR TIME CARDS*
MMS 8:14 AM

B More machine curb if it doesn't rain. https://goo.gl/maps /T5VqMQi4qWY3hb RV7

7:00 start

6:34 PM

Wednesday, October 27, 2021

B Nothing today. ☁️ ☁️ ☁️

4:05 AM

B Too wet. Nothing tomorrow.

5:45 PM

Thursday, October 28, 2021

B Way too wet. Buzz you Sunday.

6:13 PM



  +  

**‹ Boss Kidwel Bradon**
+1 816-200-8177



6:14 PM

Sunday, October 31, 2021

Letting ground dry out tomorrow. Proof roll in the afternoon. I'll let you know ASAP.

2:52 PM

Monday, November 1, 2021

I won't be able to work tomorrow several x-rays in the morning at KU

6:34 AM

We need everyone tomorrow if job passes proof roll. I'll let you know ASAP.

8:14 AM

**Boss Kidwel Bradon**
+1 816-200-8177

We need everyone
tomorrow if job
passes proof roll. I'll
let you know ASAP.

8:14 AM

Job passed. We're
machine pouring
tomorrow morning.
Reschedule your
appointment if
possible please.

9:42 AM

https://goo.gl/maps
/NKTrdsFJcsjuucRd
A

7:00 start

9:55 AM

Let me know what's
going on.

11:5



‹  **Boss Kidwel Bradon**
   +1 816-200-8177                 📞  📹  ⋮

Ⓑ  **Fuck you
cock sucking
motherfucker!!!!!
Tried to help you
and your too much
of a pussy to even
answer the phone!**
👎 👎 👎 👎                    5:26 PM



This is Franklin Bryant can
you please mail this check

oᴛ a pussy ᴛo even
answer the phone!



5:26 PM



This is Franklin Bryant can
you please mail this check

Lying motherfucker
too! Don't worry, I
fixed your time for
you.

MMS
6:27 PM

Wednesday, November 3, 2021

 


This is Franklin Bryant can you please mail this check

Lying motherfucker too! Don't worry, I fixed your time for you.

MMS
12:48 PM

 Sounds upset

1:03 PM



MMS 1:04 PM

Thursday, November 4, 2021

 
I dig your hammer.
Thanks.

MMS
3:15 PM

This is my foreman
he sent me this
picture today with
text message

9:08 PM

I'm not your
foreman. You
fucking quit on us
without even telling
me. Remember???

Wrong person
dumbass!

9:13 PM

Blocking you now.
Please do not
attempt to contact
me again.

9:14 PM

## Boss Kidwel Bradon
+1 816-200-8177

Wednesday, November 3, 2021

I'm forwarding you the message Brandon sent me yesterday

12:38 PM


Fuck off!!! 1:31 PM

Saturday, November 6, 2021



‹ **Verl With Kidwell**
+1 816-558-8259

📞 🎥 ⋮

Wednesday, November 3, 2021



MMS 8:17 AM

Fwd:Fuck you
cock sucking
motherfucker!!!!!
Tried to help you
and your too much
of a pussy to even
answer the phone!



< **Boss Kidwel Bradon**
+1 816-200-8177

Tuesday, October 26, 2021



**B**  # Send Julie your time as soon as you get here please

7:13 AM

7:14 AM  **Ok**

**B**  👤 **Julie Houston**     MMS
(816) 726-8048     8:13 AM

**B** 

MMS 8:14 AM

     

# LEGAL AID of WESTERN MISSOURI

Our Offices (Kansas City)

- <u>Central Office - KC</u>
- 4001 Blue Parkway, Suite 300
  Kansas City, MO 64130
  Phone: 816-474-6750
  Fax: 816-474-9751

- <u>Westside Office - KC</u>
- 920 Southwest Blvd.
  Kansas City, MO 64108
  Phone: 816-474-9868
  Fax: 816-474-7575

- Every day, Missourians are denied the basic rights to which they are entitled under the law simply because they can't afford an attorney. We're on a mission to change that!
- **Legal Aid of Western Missouri provides free civil (non-criminal) legal assistance to people who need it most and can afford it least.**
- The availability of free civil legal aid can make all the difference to our neighbors who are fighting to stay in their homes, escape domestic violence, secure veterans' benefits or address many other legal challenges that go to the heart of their security and well-being.
- We serve 40 counties in Missouri where approximately 295,000 people live in poverty — most of whom you will never meet or even know. But they are a lot like you. They have families, hopes and dreams. They are your neighbors. They live in the communities you call home.

## Types of Cases We Often Handle

- <u>Consumer Law</u>
- <u>Domestic Violence Protection</u>
- <u>Economic Development</u>
- <u>Guardianships</u>
- <u>Healthcare Access</u>
- <u>Housing Law</u>

- <u>Immigration Law</u>
- <u>Low Income Taxpayer Clinic</u>
- <u>Mental Healthcare Access</u>
- <u>Migrant Farmworkers Project</u>
- <u>Municipal Court Defense</u>
- <u>Public Benefits</u>
- <u>Veterans Issues</u>

- **Our Offices**

- Central Office
- 4001 Blue Parkway, Suite 300
  Kansas City, MO 64130

- Westside Office
- 920 Southwest Blvd.
  Kansas City, MO 64108

- Joplin
- 302 S. Joplin
  Joplin, MO 64801

- St. Joseph
- 706 Felix Street
  St. Joseph, MO 64501

- Warrensburg
- 305 N. Holden
  Warrensburg, MO 64093